**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MARY WALLS WALKER**                                                                           **PLAINTIFF**

**V.**                                                                                        **NO. 4:17-CV-26-DMB-JMV**

**BURKE'S OUTLET STORES, LLC**                                                  **DEFENDANT**

## ORDER OF DISMISSAL

On May 11, 2018, Mary Walls Walker filed a motion seeking dismissal of "all claims asserted by Plaintiff against Burke's Outlet Stores, LLC, with prejudice, each party to bear their own costs." Doc. #23.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), a court may dismiss an action at the plaintiff's request "on terms that the court considers proper." Upon consideration, the Court concludes that the terms of dismissal sought are proper. Accordingly, the motion to dismiss [23] is **GRANTED**. Walker's claims are dismissed with prejudice. A final judgment consistent with this order will issue separately.

**SO ORDERED**, this 11th day of May, 2018.

                                                                                 /s/Debra M. Brown
                                                                                 **UNITED STATES DISTRICT JUDGE**