# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MARY WALLS WALKER**                                                    **PLAINTIFF**

**V.**                                                       **NO. 4:17-CV-26-DMB-JMV**

**BURKE'S OUTLET STORES, LLC**                                           **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order of Dismissal issued this day, this action is **DISMISSED with prejudice**, with each party to bear its own costs.

**SO ORDERED**, this 11th day of May, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**